FILED
MAR - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE PILAR PEREZ-LOPEZ,<br><br>    Defendant. | Criminal Case No. 08cr603-BEN<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1326(a) -<br>Deported Alien Found in the<br>United States (Felony) |

The United States Attorney charges:

On or about February 1, 2008, within the Southern District of California, defendant JOSE PILAR PEREZ-LOPEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: March 4, 2008.

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:San Diego
2/11/08