AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| JOSE PILAR PEREZ-LOPEZ | CASE NUMBER: 08 CR 603-BEN |

I, JOSE PILAR PEREZ-LOPEZ, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3-4-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
MAR - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_Jose Pilar Perez L._
Defendant

_Paul A___
Counsel for Defendant

Before _____
JUDICIAL OFFICER